*E-Filed 8/19/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS, | No. C 14-3123 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or (2) full payment for the filing fee of $400.00. His motion for an order to compel prison authorities to comply with his request to pay the filing fee (Docket No. 6) is DENIED. The Clerk shall terminate Docket No. 6, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: August 19, 2014

RICHARD SEEBORG
United States District Judge