**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS, | No. C 14-3123 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff has failed to comply with the Court's order to pay the full filing fee of $400.00 by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain full payment for the filing fee of $400.00. His motions to correct the docket and for clarification (Docket Nos. 12 and 13) are DENIED. The Clerk shall terminate Docket Nos. 12 and 13, enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 20, 2014

_____
RICHARD SEEBORG
United States District Judge

No. C 14-3123 RS (PR)
ORDER OF DISMISSAL