*E-Filing 11/10/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS, | No. C 14-3123 RS (PR) |
|     Plaintiff, | **ORDER REOPENING ACTION;** |
|     v. | **DIRECTING PLAINTIFF TO PAY THE FULL FILING FEE** |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
|     Defendants. | |

This federal civil rights action was dismissed because plaintiff failed to pay the full filing fee of $400.00. Plaintiff since has paid $350.00 of the total fee. The action is hereby REOPENED, and the Clerk is directed to modify the docket accordingly. The judgment (Docket No. 18) and the order of dismissal (Docket No. 17) are VACATED.

**Plaintiff must pay the remaining $50.00 of the filing fee on or before December 15, 2014.** Failure to do will result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without further notice to petitioner.

**IT IS SO ORDERED**.

DATED: November 7, 2014

                                              RICHARD SEEBORG
                                              United States District Judge