1
2
3
4                                                    *E-Filed 4/2/15*
5
6
7                        UNITED STATES DISTRICT COURT
8                     NORTHERN DISTRICT OF CALIFORNIA
9                            SAN FRANCISCO DIVISION
10
11   LEON LEE MEYERS,                           No. C 14-3123 RS (PR)
12            Plaintiff,                         **ORDER DISMISSING COMPLAINT**
                                                 **WITH LEAVE TO AMEND**
13      v.
14   DEPT. OF CORRECTIONS AND
15   REHABILITATION,
16            Defendants.
17   _____/
18         Plaintiff, a state prisoner proceeding pro se, filed this federal civil rights action under

19   42 U.S.C. § 1983 in which he raises Eighth Amendment medical treatment claims against

20   medical staff at Salinas Valley State Prison.  He has filed a complaint (Docket No. 1), a

21   supplement to the complaint (Docket No. 4), and a notice of a list of defendants to be served

22   (Docket No. 25).  It is unclear from these several documents what constitutes the operative

23   complaint in this action.  **Accordingly, plaintiff is directed to file an amended complaint**

24   **on or before May 15, 2015.**  The first amended complaint must include the caption and civil

25   case number used in this order (14-3123( RS (PR)) and the words FIRST AMENDED

26   COMPLAINT on the first page.  Because an amended complaint completely replaces the

27   previous complaints, plaintiff must include in his amended complaint all the claims he wishes

28   to present and all of the defendants he wishes to sue.  *See Ferdik v. Bonzelet*, 963 F.2d 1258,

     1262 (9th Cir. 1992).  Plaintiff may not incorporate material from the prior complaint by

United States District Court
For the Northern District of California

reference.  Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."  He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so.  Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).  The Court notes that the filing fee has been paid.

**IT IS SO ORDERED**.

DATED: April 2, 2015

RICHARD SEEBORG
United States District Judge

United States District Court
For the Northern District of California

2