*E-Filed 11/3/15*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEON L. MEYERS,

    Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

    Defendants.

No. C 14-3123 RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has failed to file an amended complaint by the deadline.  Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  Any such motion **must** contain an amended complaint that complies with instructions contained in the order dismissing the complaint with leave to amend (Docket No. 32).  The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 2, 2015

                              RICHARD SEEBORG
                              United States District Judge