*E-Filed 1/11/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEON L. MEYERS, | No. C 14-3123 RS (PR) |
| Plaintiff, | **ORDER REOPENING ACTION;** |
| v. | **INSTRUCTIONS TO CLERK** |
| DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

This federal civil rights action was dismissed because plaintiff failed to file an amended complaint by the deadline. He since has filed an amended complaint and a motion to reopen. The motion to reopen (Docket No. 37) is GRANTED and the action is REOPENED. The Clerk is directed to modify the docket accordingly. The judgment (Docket No. 34) and the order of dismissal (Docket No. 33) are VACATED.

The amended complaint will be reviewed in a separate order. The Clerk shall terminate Docket No. 37.

**IT IS SO ORDERED**.

DATED: January 11, 2016

_____
RICHARD SEEBORG
United States District Judge